| | |
|---|---|
| 1 | DANIEL J. BRODERICK, Bar #89424 |
| | Federal Defender |
| 2 | COURTNEY FEIN, Bar #244785 |
| | Designated Counsel for Service |
| 3 | 801 I Street, 3rd Floor |
| | Sacramento, California 95814 |
| 4 | (916) 498-5700 |
| 5 | Attorney for Defendant |
| | LUIS ARCHULETA-ESCOBEDO |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR.S-11-388-JAM |
| Plaintiff, | ) | **STIPULATION AND ORDER; CONTINUING STATUS CONFERENCE AND EXCLUDING TIME** |
| v. | ) | |
| LUIS ARCHULETA-ESCOBEDO | ) | Date: January 24, 2012 |
| Defendant. | ) | Time: 9:30 a.m. |
| | ) | Judge: Hon. John A. Mendez |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, MICHELE BECKWITH Assistant United States Attorney, attorney for Plaintiff, and COURTNEY FEIN, Assistant Federal Defender for LUIS ARCHULETA-ESCOBEDO that the status conference hearing date of December 13, 2011 be vacated, and the matter be set for status conference on January 24, 2012 at 9:30 a.m.

The reason for this continuance is to allow defense counsel additional time to review the discovery, consult with her client, examine possible defenses, and continue investigating the facts of the case. Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of this order through and including January 24, 2012 pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable

///

///

time to prepare] and Local Code T4 based upon continuity of counsel and defense preparation.

DATED: December 7, 2011.                    Respectfully submitted,

                                            DANIEL J. BRODERICK
                                            Federal Public Defender

                                            /s/ Courtney Fein
                                            COURTNEY FEIN
                                            Assistant Federal Defender
                                            Designated Counsel for Service
                                            Attorney for LUIS ARCHULETA-ESCOBEDO

DATED: December 7, 2011.                    BENJAMIN WAGNER
                                            United States Attorney

                                            /s/ Michele Beckwith
                                            MICHELE BECKWITH
                                            Assistant U.S. Attorney
                                            Attorney for Plaintiff

## ORDER

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the December 13, 2011, status conference hearing be continued to January 24, 2012, at 9:30 a.m. Based on the representation of defense counsel and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. It is ordered that time up to and including the January 24, 2012 status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

Dated: 12/7/2011                            /s/ John A. Mendez
                                            JOHN A. MENDEZ
                                            United States District Judge